BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CV-02558-WBS-EFB |
| Plaintiff, | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) | |
| 2006 CHRYSLER 300 SEDAN, VIN: 2C3KA53G06H523894, CALIFORNIA LICENSE: 6NZB035, | ) | |
| Defendant. | ) | |

    The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2.  Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1        3.   The 2006 Chrysler 300 Sedan, VIN: 2C3KA53G06H523894,
2   California License: 6NZB035, ("defendant vehicle") was seized in
3   the city of Grass Valley, in Nevada County, California.  The Drug
4   Enforcement Administration published notice of the non-judicial
5   forfeiture of the defendant vehicle on June 20, 27 and July 4,
6   2011, in *The Wall Street Journal*.
7        4.   Plaintiff proposes that publication be made as follows:
8             a.   One publication;
9             b.   Thirty (30) consecutive days;
10            c.   On the official internet government forfeiture
11  site www.forfeiture.gov;
12            d.   The publication is to include the following:
13                 (1)  The Court and case number of the action;
14                 (2)  The date of the seizure/posting;
15                 (3)  The identity and/or description of the
16  property seized/posted;
17                 (4)  The name and address of the attorney for the
18  Plaintiff;
19                 (5)  A statement that claims of persons entitled
20  to possession or claiming an interest pursuant to Supplemental
21  Rule G(5) must be filed with the Court and served on the attorney
22  for the Plaintiff no later than 60 days after the first day of
23  publication on the official internet government forfeiture site;
24  and
25                 (6)  A statement that answers to the Complaint or
26  a motion under Rule 12 of the Federal Rules of Civil Procedure
27  ("Fed. R. Civ. P.") must be filed and served within 21 days after
28  ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 9/28/11

BENJAMIN B. WAGNER
United States Attorney

By: /S/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE