```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States
```

FILED
SEP 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 2006 CHRYSLER 300 SEDAN, <br> VIN: 2C3KA53G06H523894, <br> CALIFORNIA LICENSE: 6NZB035, <br><br> Defendant. | 2:11-CV-02558-WBS-EFB <br><br> **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, an *Amended* Verified Complaint for Forfeiture In Rem has been filed on September 28, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant 2006 Chrysler 300 Sedan, VIN: 2C3KA53G06H523894, California License: 6NZB035 (hereafter "defendant vehicle") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) and (a)(6) for one or more violations of 21 U.S.C. §§ 841 et seq.;

And, the Court being satisfied that, based on the *Amended* Verified Complaint for Forfeiture In Rem and the affidavit of Drug Enforcement Administration Task Force Officer David

1 | Stevenson, there is probable cause to believe that the defendant
2 | vehicle so described constitutes property that is subject to
3 | forfeiture for such violation(s), and that grounds for the
4 | issuance of a Warrant for Arrest of Articles In Rem exist,
5 | pursuant to Rule G(3)(b)(i) of the Supplemental Rules for
6 | Admiralty or Maritime Claims and Asset Forfeiture Actions;

   IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles In Rem for the defendant vehicle.

Dated: Sept. 29, 2011

KENDALL J. NEWMAN
United States Magistrate Judge