BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CV-02558-WBS-EFB |
| ) | |
| Plaintiff, ) | FINAL JUDGMENT |
| ) | OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| 2006 CHRYSLER 300 SEDAN, ) | |
| VIN: 2C3KA53G06H523894, ) | |
| CALIFORNIA LICENSE: 6NZB035, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against a 2006 Chrysler 300 Sedan, VIN: 2C3KA53G06H523894, California License: 6NZB035, (hereinafter "defendant vehicle") seized on or about April 12, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 28, 2011, alleging that said defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6).

3. On or about September 29, 2011, the Clerk issued a

Warrant for Arrest for the defendant vehicle, and that warrant was duly executed on October 4, 2011.

    4.   Beginning on December 24, 2011, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on January 23, 2012.

    5.   In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

        a.   Jake McMillan Lenz

    6.   Claimant Jake McMillan Lenz filed a Claim and Answer alleging an interest in the defendant vehicle on November 3, 2011.  No other parties have filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

    Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

    1.   The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.   That judgment is hereby entered against claimant Jake McMillan Lenz and all other potential claimants who have not filed claims in this action.

    3.   All right, title, and interest of  Jake McMillan Lenz in the 2006 Chrysler 300 Sedan, VIN: 2C3KA53G06H523894, California License: 6NZB035, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (a)(6), to be disposed of

1 according to law.
2     4.  Upon entry of a Final Judgment of Forfeiture, the U.S.
3 Marshal Service shall sell the defendant vehicle in the most
4 commercially feasible manner, as soon as reasonably possible, for
5 the maximum price.  Claimant Jake McMillan Lenz agrees to execute
6 promptly any documents that may be required to complete the sale
7 of the defendant vehicle.
8     5.  Upon the sale of the defendant vehicle, the net sale
9 proceeds, less any storage fees, maintenance fees, disposal costs
10 and auctioneer fees, will be divided as follows:
11          a.   To claimant Jake McMillan Lenz: $1,750.00
12               of the net proceeds from the sale of the
13               defendant vehicle.
14          b.   To the United States of America: The
15               remainder of the net sale proceeds.  All
16               right, title, and interest in said funds
17               shall be substituted for the defendant
18               vehicle and forfeited to the United
19               States pursuant to 21 U.S.C. §§
20               881(a)(4) and (a)(6), to be disposed of
21               according to law.
22     6.  That the United States and its servants, agents, and
23 employees and all other public entities, their servants, agents,
24 and employees, are released from any and all liability arising
25 out of or in any way connected with the seizure, arrest, or
26 forfeiture of the defendant vehicle.  This is a full and final
27 release applying to all unknown and unanticipated injuries,
28 and/or damages arising out of said seizure, arrest, or

1  forfeiture, as well as to those now known or disclosed.  The
2  parties waived the provisions of California Civil Code § 1542.
3       7.   That pursuant to the stipulation of the parties, and the
4  allegations set forth in the Complaint filed on September 28,
5  2011, the Court finds that there was reasonable cause for the
6  seizure and arrest of the defendant vehicle, and for the
7  commencement and prosecution of this forfeiture action, and a
8  Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
9  shall be entered accordingly.
10      8.   All parties are to bear their own costs and attorneys'
11 fees.
12      9.   The U.S. District Court for the Eastern District of
13 California, Hon. William B. Shubb, District Judge, shall retain
14 jurisdiction to enforce the terms of this Final Judgment of
15 Forfeiture.
16      SO ORDERED THIS 24th day of May, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed September 28, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant vehicle, and for the commencement and prosecution of this forfeiture action.
DATED:  May 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE