1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   2:11-CV-02558-WBS-EFB
                                )
12          Plaintiff,           )   FINAL JUDGMENT
                                )   OF FORFEITURE
13                              )
        v.                      )
14                              )
   2006 CHRYSLER 300 SEDAN,     )
15 VIN: 2C3KA53G06H523894,      )
   CALIFORNIA LICENSE: 6NZB035, )
16                              )
            Defendant.           )
17 _____)

18      Pursuant to the Stipulation for Final Judgment of
19 Forfeiture, the Court finds:
20      1.  This is a civil forfeiture action against a 2006
21 Chrysler 300 Sedan, VIN: 2C3KA53G06H523894, California License:
22 6NZB035, (hereinafter "defendant vehicle") seized on or about
23 April 12, 2011.
24      2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint")
25 was filed on September 28, 2011, alleging that said defendant
26 vehicle is subject to forfeiture to the United States pursuant to
27 21 U.S.C. §§ 881(a)(4) and (a)(6).
28      3.  On or about September 29, 2011, the Clerk issued a

1  Warrant for Arrest for the defendant vehicle, and that warrant
2  was duly executed on October 4, 2011.
3       4.   Beginning on December 24, 2011, for at least 30
4  consecutive days, the United States published Notice of the
5  Forfeiture Action on the official internet government forfeiture
6  site www.forfeiture.gov.  A Declaration of Publication was filed
7  on January 23, 2012.
8       5.   In addition to the public notice on the official
9  internet government forfeiture site www.forfeiture.gov, actual
10 notice or attempted notice was given to the following individual:
11           a.   Jake McMillan Lenz
12      6.   Claimant Jake McMillan Lenz filed a Claim and Answer
13 alleging an interest in the defendant vehicle on November 3,
14 2011.  No other parties have filed claims or answers in this
15 matter and the time for which any person or entity may file a
16 claim and answer has expired.
17      Based on the above findings, and the files and records of
18 the Court, it is hereby ORDERED AND ADJUDGED:
19      1.   The Court adopts the Stipulation for Final Judgment of
20 Forfeiture entered into by and between the parties to this
21 action.
22      2.   That judgment is hereby entered against claimant Jake
23 McMillan Lenz and all other potential claimants who have not
24 filed claims in this action.
25      3.   All right, title, and interest of  Jake McMillan Lenz in
26 the 2006 Chrysler 300 Sedan, VIN: 2C3KA53G06H523894, California
27 License: 6NZB035, shall be forfeited to the United States
28 pursuant to 21 U.S.C. § 881(a)(4) and (a)(6), to be disposed of

according to law.

4. Upon entry of a Final Judgment of Forfeiture, the U.S. Marshal Service shall sell the defendant vehicle in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.  Claimant Jake McMillan Lenz agrees to execute promptly any documents that may be required to complete the sale of the defendant vehicle.

5. Upon the sale of the defendant vehicle, the net sale proceeds, less any storage fees, maintenance fees, disposal costs and auctioneer fees, will be divided as follows:

    a. To claimant Jake McMillan Lenz: $1,750.00 of the net proceeds from the sale of the defendant vehicle.

    b. To the United States of America: The remainder of the net sale proceeds.  All right, title, and interest in said funds shall be substituted for the defendant vehicle and forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6), to be disposed of according to law.

6. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant vehicle.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or

forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

7.  That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on September 28, 2011, the Court finds that there was reasonable cause for the seizure and arrest of the defendant vehicle, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.  All parties are to bear their own costs and attorneys' fees.

9.  The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 24th day of May, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed September 28, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant vehicle, and for the commencement and prosecution of this forfeiture action.

DATED: May 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE